1
2      NOTE: CHANGES MADE BY
       THE COURT
3
4
5
6      MAKE JS-6 CV 09-07400-RGK (PLAx)
7
8
9
10
11
12
13      **UNITED STATES DISTRICT COURT**
14      **CENTRAL DISTRICT OF CALIFORNIA**
15      **WESTERN DIVISION**
16

| | |
|---|---|
| 17  WILLIAM JURKOWITZ, Individually and on Behalf of all Others Similarly Situated, | CASE NO. CV09-06501 RGK (PLAx) |
| 18 | **CLASS ACTION** |
| 19            Plaintiff, | **[Proposed] ORDER GRANTING JOINT STIPULATION TO: (i) APPOINT THE PAGANO FAMILY AND JOHNNY RIOS AS LEAD PLAINTIFFS; (ii) APPOINT STULL, STULL & BRODY AND GLANCY BINKOW & GOLDBERG LLP AS LEAD PLAINTIFFS' COUNSEL; and (iii) CONSOLIDATE ALL RELATED ACTIONS** |
| 20       v. | |
| 21  PACIFIC CAPITAL BANCORP, GEORGE LEIS, DAVID PORTER, SANDLER O'NEILL & PARTNERS L.P., and SANDLER O'NEILL ASSET MANAGEMENT LLC, | |
| 22 | |
| 23 | |
| 24            Defendants. | |
| 25 | |

26  [Caption continued on next page]
27
28

| | |
|---|---|
| THOMAS SHOTKE, Individually and on Behalf of all Others Similarly Situated,<br><br>        Plaintiff,<br><br>  v.<br><br>PACIFIC CAPITAL BANCORP, GEORGE LEIS, DAVID PORTER, and SANDLER O'NEILL & PARTNERS L.P.,<br><br>        Defendants. | CASE NO. CV 09-07400 RGK (PLAx)<br><br>**<u>CLASS ACTION</u>** |

**IT IS HEREBY ORDERED THAT**:

    1.    The Motion of the Peter Pagano & Marjorie Pagano Revocable Trust and Peter Alex Pagano (collectively, the "Pagano Family") to consolidate the *Jurkowitz* and *Shotke* actions, appoint themselves as Lead Plaintiffs, and appoint Stull, Stull & Brody, Jurkowitz' counsel, as Lead Plaintiffs' Counsel, currently scheduled for hearing on December 7, 2009, and the Motion of Johnny Rios to consolidate the *Jurkowitz* and *Shotke* actions, appoint himself as Lead Plaintiff, and appoint Glancy Binkow & Goldberg LLP as Lead Plaintiff's Counsel, currently scheduled for hearing on December 21, 2009 are withdrawn;

    2.    The following related actions are consolidated with the instant action for all purposes including, but not limited to, discovery, pretrial proceedings and trial proceedings, pursuant to Rule 42(a) of the *Federal Rules of Civil Procedure*:

| Case Name | Case Number | Date Filed |
|---|---|---|

1

| | | |
|---|---|---|
| *Jurkowitz v. Pacific Capital Bancorp, et al.* | CV09-06501 RGK (PLAx) | 9/9/09 |
| *Shotke v. Pacific Capital Bancorp, et al.* | CV09-7400 RGK (PLAx) | 10/13/09 |

3. This matter shall be identified as: *In re Pacific Capital Bancorp Securities Litigation*, and the files of this action shall be maintained under File No. CV09-06501 RGK (PLAx).

~~4. Any other actions now pending or hereafter filed in this District which arise out of the same facts and claims as alleged in these related actions shall be consolidated for all purposes if, as and when the Court is apprised of them. The parties shall notify the Court of any other action which is pending or filed outside of this District which may be related to the subject matter of this action if and when they become aware of such actions.~~

5. Every pleading filed in this action, or in any separate action included herein, shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| In re PACIFIC CAPITAL BANCORP SECURITIES LITIGATION ) ) ) This Document Relates To: ) ) All Actions. ) _____) | CASE NO. CV09-06501 RGK (PLAx) **CLASS ACTION** |

~~6. Pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), the Pagano Family and Johnny Rios are appointed Lead Plaintiffs for the Class.~~

2

~~7.    The Pagano Family and Johnny Rios' selection of counsel is approved. Pursuant to §21D(a)(3)(B)(V), the law firms of Stull, Stull & Brody and Glancy Binkow & Goldberg LLP, are appointed Lead Counsel for the Class.~~

~~A.    Lead Counsel are vested by the Court with the following responsibilities and duties:~~

~~i.    To coordinate the briefing and argument of all motions;~~

~~ii.   To coordinate and conduct all discovery, pre-trial and trial proceedings for plaintiffs;~~

~~iii.  To call meetings of plaintiffs' counsel as they deem appropriate or necessary from time to time;~~

~~iv.   To initiate and conduct all settlement negotiations for plaintiffs with counsel for defendants;~~

~~v.    To provide general coordination of activities of counsel on their side and to delegate work responsibilities to selected counsel as may be required; and~~

~~vi.   To perform such other duties as may be expressly authorized by further order of the Court.~~

~~B.    Lead Counsel shall make all work assignments in such a manner as to conduct the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.~~

//
//
//

3

1 ~~C.   Defendants' counsel may rely upon all agreements made with~~
2 ~~Lead Counsel and such agreements shall be binding on all plaintiffs.~~
3 ~~D.   No motion, request for discovery, or other pretrial proceeding~~
4 ~~shall be initiated or served by any plaintiff except through Lead Counsel.~~

6 ALL OTHER REQUESTS ARE DENIED WITHOUT PREJUDICE FOR FAILURE
7 TO SHOW THAT THE STATUTORY REQUIREMENTS OF 15 USC 78u-(a)(3)
8 HAVE BEEN COMPLIED WITH.

10 **IT IS SO ORDERED.**

13 Dated: December 4, 2009                         _____
                                                   *signature: Gary Klausner*
14                                                 The HONORABLE R. GARY KLAUSNER
                                                   UNITED STATES DISTRICT COURT JUDGE