DANIEL J. TYUKODY (SBN 123323)
*dtyukody@orrick.com*
MICHAEL C. TU (SBN 186793)
*mtu@orrick.com*
TEODORA E. MANOLOVA (SBN 233333)
*tmanolova@orrick.com*
JASON L. KRAJCER (SBN 234235)
*jkrajcer@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 S. Figueroa Street, Suite 3200
Los Angeles, California 90017
Telephone:   213-629-2020
Facsimile:   213-612-2499

Attorneys for Defendants
Pacific Capital Bancorp,
George Leis and David Porter

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| In re PACIFIC CAPITAL BANCORP SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. CV 09-6501 RGK (PLAx)<br><br>**CLASS ACTION**<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS *SHOTKE* COMPLAINT**<br><br>Date:    February 1, 2010<br>Time:    9:00 a.m.<br>Ctrm.:   Hon. R. Gary Klausner<br>         Courtroom 850<br>         Roybal Federal Courthouse |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 1, 2010 at 9:00 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable R. Gary Klausner, at the United States Courthouse, 255 East Temple Street, Los Angeles, CA 90012, defendants Pacific Capital Bancorp, George Leis and David Porter will and hereby do move the Court for an order dismissing plaintiffs' Complaint for Violation of the Federal Securities Laws.

This motion is made pursuant to the Private Securities Litigation Reform Act of 1995 and Rules 8, 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure. This motion is based upon the accompanying Memorandum of Points and Authorities, the Declaration of Jason L. Krajcer, the Request for Judicial Notice, the papers on file in the action, and such other matters as may be considered by the Court.

This motion is made following the conference of counsel for the respective parties which took place on December 14, 2009, pursuant to Local Rule 7-3.

Dated:  December 18, 2009         Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____*/s/ Daniel J. Tyukody, Jr.*_____
         Daniel J. Tyukody, Jr.

Attorneys for Defendants Pacific Capital Bancorp, George Leis and David Porter