Patrice L. Bishop (182256)
Timothy J. Burke (181866)
service@ssbla.com
STULL, STULL & BRODY
10940 Wilshire Boulevard, Suite 2300
Los Angeles, CA  90024
Tel:    (310) 209-2468
Fax:    (310) 209-2087

Mark Levine (Admitted *pro hac vice*)
mlevine@ssbny.com
STULL, STULL & BRODY
6 East 45th Street
New York,  NY 10017
Tel:    (212) 687-7230
Fax:    (212) 490-2022

**Counsel for the Pagano Family**

Lionel Z. Glancy (134180)
Michael Goldberg(188669)
info@glancylaw.com
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
Tel:    (310) 201-9150
Fax:    (310) 201-9160

**Counsel for Johnny Rios**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| In re PACIFIC CAPITAL BANCORP SECURITIES LITIGATION, | CASE NO. CV09-06501 RGK (PLAx) |
| This Document Relates To: | **CLASS ACTION** |
| ALL ACTIONS. | REVISED JOINT STIPULATION TO: (i)APPOINT THE PAGANO FAMILY AND JOHNNY RIOS AS LEAD PLAINTIFFS and (ii) APPOINT STULL, STULL & BRODY AND GLANCY BINKOW & GOLDBERG LLP AS LEAD PLAINTIFFS' COUNSEL |

**WHEREAS**, on September 8, 2009, Plaintiff Jurkowitz filed a Complaint on behalf of himself and all others similarly situated (the "Class") against Pacific Capital Bancorp, George Leis, David Porter, Sandler O'Neill & Partners L.P., and Sandler O'Neill Asset Management LLC, alleging violations of Sections 10(b) and 20(a) of the Exchange Act, 15 U.S.C. § 78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5 (the "*Jurkowitz* Action")[1];

**WHEREAS**, less than 20 days after the filing of the initial complaint and pursuant to 15 U.S.C. §78u-4(a)(3)(A)(i)(I-II), on September 9, 2009, Plaintiff Jurkowitz published a notice of pendency of action (hereinafter, the "Notice") on *Business Wire*, a widely circulated national business-oriented wire service, informing other members of the purported Class of the pendency of the action, the claims asserted therein, the purported class period, and, that if they so desire, they had sixty (60) days to move the Court for the appointment of lead plaintiff(s) and lead counsel;

**WHEREAS**, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(i), in securities class action such as this, courts "shall appoint as lead plaintiff the member or members of the purported plaintiff class that the court determines to be most capable of adequately representing the interests of class members" (hereinafter, the "most adequate plaintiff").

**WHEREAS**, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii)(I), the most adequate plaintiff is the class member who "has either filed the complaint or made a motion in response to a notice;" "has the largest financial interest in the relief sought by the class;" and "otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure."

---

[1]On September 29, 2009, Plaintiff filed a Notice of Dismissal pursuant to FRCP 41a(1) as to Sandler O'Neill Asset Management LLC.  (Docket No. 14).

1

**WHEREAS**, within 60 days of the publication of Notice as required by 15 U.S.C. §78u-4(a)(3)(A)(i)(II), on November 9, 2009, the Peter Pagano & Marjorie Pagano Revocable Trust and Peter Alex Pagano (collectively, the "Pagano Family") timely filed a motion to consolidate the *Jurkowitz* and *Shotke* actions, appoint themselves as Lead Plaintiffs, and appoint Stull, Stull & Brody, Jurkowitz' counsel, as Lead Plaintiffs' Counsel;

**WHEREAS**, within 60 days of the publication of Notice as required by 15 U.S.C. §78u-4(a)(3)(A)(i)(II) and also on November 9, 2009, Johnny Rios filed a timely motion to consolidate the *Jurkowitz* and *Shotke* actions, appoint himself as Lead Plaintiff, and appoint Glancy Binkow & Goldberg LLP as Lead Plaintiff's Counsel;

**WHEREAS**, the Pagano Family and Johnny Rios are the only movants who have filed motions to be appointed lead plaintiff within 60 days of the Notice being published;

**WHEREAS**, the Pagano Family and Johnny Rios, with a combined claimed loss of $255,145.20, have the largest financial interest in the relief sought by the class and, together, satisfy the typicality and adequacy requirements of Fed. R. Civ. P. 23. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I);

**WHEREAS**, as shown above, proposed lead plaintiffs the Pagano Family and Johnny Rios have filed timely motions to be appointed lead plaintiff, have the largest financial interest of any class members who timely filed motions to be appointed lead plaintiff, and each preliminarily satisfy the typicality and adequacy requirements of Fed. R. Civ. P. 23. The foregoing proposed lead plaintiffs will ensure the putative class adequate representation. Each suffered substantial losses. Each has submitted a sworn certification to the court affirming their willingness to serve as class representatives, including providing testimony at deposition and trial

Moreover, should either the Pagano Family or Johnny Rios be forced to withdraw for any reason, the remaining lead plaintiff will be able to continue

2

1   representation on behalf of the class.  Indeed, these two interested, willing and able

2   plaintiffs will effectively preclude defendants from attempting to defeat class

3   certification by arguing that one of them is an "inadequate" representative under

4   Rule 23(a)(4).

5       **WHEREAS**, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), the Pagano Family

6   and Johnny Rios have selected Stull, Stull & Brody, and Glancy Binkow & Goldberg

7   LLP to serve as co-lead counsel to represent the class.

8       **WHEREAS**, Stull, Stull & Brody, and Glancy Binkow & Goldberg LLP have

9   the requisite experience and expertise to prosecute this litigation on behalf of the

10  putative class and both firms will afford class members with the substantial

11  experience and resources of two experienced law firms that specialize in securities

12  fraud class actions under the PSLRA and since counsel for the Pagano Family has

13  already drafted the complaints in the recently consolidated actions, along with

14  drafting the oppositions to the various defendants' motion to dismiss, having Stull,

15  Stull & Brody continue to serve as counsel for the proposed class will result in

16  substantial efficiencies for the proposed class.

17      **WHEREAS**,  15 U.S.C. § 78u-4(a)(3)(B) provides, *inter alia*, that as soon as

18  practicable after the decision on consolidation is rendered, the court shall appoint the

19  most adequate plaintiff as lead plaintiff;

20      **IT IS HEREBY STIPULATED AND AGREED** by the Pagano Family and

21  Johnny Rios, through their respective counsel of record, as follows:

22      1.    The Pagano Family and Johnny Rios have the largest financial relief

23            sought by the putative class and preliminarily satisfy the requirements of

24            Fed. R. Civ. P. 23.  Accordingly, pursuant to 15 U.S.C. §78u-

25            4(a)(3)(B)(iii), the Pagano Family and Johnny Rios shall be appointed

26            Co-Lead Plaintiffs in the above entitled action.

27      2.    Lead Plaintiffs have selected Stull, Stull & Brody, and Glancy Binkow

28            & Goldberg LLP as Co-Lead Plaintiffs' Counsel.  These law firms have

3

1       the requisite experience and expertise to prosecute this litigation on

2       behalf of the putative class. Accordingly, pursuant to 15 U.S.C. §78u-

3       4(a)(3)(B)(v), Stull, Stull & Brody, and Glancy Binkow & Goldberg

4       LLP are approved to serve as Co-Lead Plaintiffs' Counsel.

5

6                                **STULL, STULL & BRODY**

7

8   Dated: December 29, 2009     By:

9                                  Timothy J. Burke

                                 10940 Wilshire Boulevard

10                              Suite 2300

                             Los Angeles, CA 90024

11                              Tel:  (310) 209-2468

                             Fax:  (310) 209-2087

12

13                              Mark Levine

                             STULL, STULL & BRODY

14                              6 East 45th Street

                             New York, NY 10017

15                              Tel:  (212) 687-7230

                             Fax:  (212) 490-2022

16                              **Counsel for Plaintiffs and**

                             **the Pagano Family**

17

18                          **GLANCY BINKOW & GOLDBERG LLP**

19

20

21   Dated: December 29, 2009     By:              (by permission)

22                            Michael Goldberg

                           Lionel Z. Glancy

23                            1801 Avenue of the Stars

                           Suite 311

24                            Los Angeles, CA 90067

                           Tel:  (310) 201-9150

25                            Fax:  (310) 201-9160

26                          **Counsel for Movant Johnny Rios**

27

28

4

X:\wp51\PCBC\PLEADING\STIPULATIONS\Revised12292009.wpd

**PROOF OF SERVICE BY ELECTRONIC POSTING**
**PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA**
**LOCAL RULES AND ECF GENERAL ORDER NO. 08-02**
**AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On December 30, 2009, I caused to be served the following documents by posting such documents electronically to the ECF website of the United States District Court for the Central District of California:

1.    **REVISED JOINT STIPULATION TO: (i)APPOINT THE PAGANO FAMILY AND JOHNNY RIOS AS LEAD PLAINTIFFS and (ii) APPOINT STULL, STULL & BRODY AND GLANCY BINKOW & GOLDBERG LLP AS LEAD PLAINTIFFS' COUNSEL**

2.    **[Proposed] ORDER GRANTING JOINT STIPULATION TO: (i) APPOINT THE PAGANO FAMILY AND JOHNNY RIOS AS LEAD PLAINTIFFS; and (ii) APPOINT STULL, STULL & BRODY AND GLANCY BINKOW & GOLDBERG LLP AS LEAD PLAINTIFFS' COUNSEL**

simultaneously serving the following ECF-registered parties:

Karl D Belgum
kbelgum@nixonpeabody.com,sf.managing.clerk@nixonpeabody.com

Patrice L Bishop
service@ssbla.com

Timothy J Burke
service@ssbla.com

Michael M Goldberg
mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,rmaniskas@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

Stephanie Karnavas
skarnavas@nixonpeabody.com,sf.managing.clerk@nixonpeabody.com

Mark Levine
mlevine@ssbny.com

Michael C Tu
mtu@orrick.com

1

2

Daniel J Tyukody, Jr
dtyukody@orrick.com

There are currently no non-ECF registered parties.

3

4

5

     I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 30, 2009, at Los Angeles, California.

6

7

                       *s/Michael Goldberg*_____
                       Michael Goldberg

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28