# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-06501-RGK (PLAx) | Date | January 27, 2010 |
|---|---|---|---|
| Title | In re Pacific Capital Bancorp Securities Litigation | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Defendants Pacific Capital Bancorp, George Leis and David Porter's Motion to Dismiss the Shotke Complaint (DE 56) ; and Defendant Sandler O'Neill & Partners LP's Motion to Dismiss the Shotke Complaint (DE 61)

The Court hereby advises counsel that the above-referenced motions, noticed for hearing on February 1, 2010, have been taken **under submission** and off the motion calendar. **No appearances by counsel are necessary**. The Court will issue a ruling after full consideration of properly submitted pleadings.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | | slw |