JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-06501-RGK (PLAx) | Date | February 22, 2010 |
|---|---|---|---|
| Title | *IN RE PACIFIC CAPITAL BANCORP SECURITIES LITIGATION* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | | Not Reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**   **(IN CHAMBERS)** Order re: Defendants' consolidated Motions to Dismiss the Shotke Complaint (DE 56 and 61)

    William Jurkowitz and Thomas Shotke filed separate Complaints that are almost identical against Defendants Pacific Capital Bancorp, George Leis, David Porter, and Sandler O'Neil & Partners L.P. The two actions were consolidated into one on December 4, 2009. On January 6, 2010, four other Plaintiffs, Peter Pagano, Marjorie Pagano, Peter Alex Pagano, and Johnny Rios were appointed as lead Plaintiffs. On January 28, 2010, the Court dismissed the Jurkowitz claims based on Defendants' Motions to Dismiss that were filed before the cases were consolidated. Now before the Court are Defendants' Motions to Dismiss the Shotke claims.

    The Shotke Complaint alleges the same material facts and claims as Plaintiff Jurkowitz's Complaint, and Defendants' Motions to Dismiss advance the same arguments as they did against Jurkowitz's claims. Therefore, the Shotke claims must be dismissed for identical reasons set forth in the Court's January 28, 2010 Order. (Doc. 73). The Court **GRANTS** Defendants' Motions to Dismiss the Shotke Complaint.

    Moreover, since the Complaints in this consolidated actions have been dismissed, there are no other claims outstanding against Defendant. Accordingly, the Court also **DISMISSES**, *sua sponte*, the action with respect to the remaining named Plaintiffs, Peter Pagano, Marjorie Pagano, Peter Alex Pagano, and Johnny Rios.

    **IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | slw | |