DANIEL J. TYUKODY (SBN 123323)
*dtyukody@orrick.com*
MICHAEL C. TU (SBN 186793)
*mtu@orrick.com*
TEODORA E. MANOLOVA (SBN 233333)
*tmanolova@orrick.com*
JASON L. KRAJCER (SBN 234235)
*jkrajcer@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 S. Figueroa Street, Suite 3200
Los Angeles, California 90017
Telephone:   213-629-2020
Facsimile:   213-612-2499

Attorneys for Defendants
Pacific Capital Bancorp, George Leis and David Porter

KARL D. BELGUM (State Bar No. 122752)
*kbelgum@nixonpeabody.com*
STEPHENIE A. KARNAVAS (State Bar No. 255596)
*skarnavas@nixonpeabody.com*
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600

Attorneys for Defendant
Sandler O'Neill & Partners L.P.

CLOSED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| In re PACIFIC CAPITAL BANCORP SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. CV 09-6501 RGK (PLAx)<br><br>**CLASS ACTION**<br><br>[**PROPOSED**] FINAL JUDGMENT<br><br>Ctrm:     850<br>               Roybal Federal Courthouse<br>Judge:    Hon. R. Gary Klausner |

1   For the reasons set forth in the Court's Orders dated January 28, 2010 and February 22, 2010, in accordance with Federal Rule of Civil Procedure 58, and for good cause appearing,

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

   1.   Plaintiff William Jurkowitz's purported class action complaint against Defendants Pacific Capital Bancorp, George Leis, David Porter, Sandler O'Neill & Partners L.P., and Sandler O'Neill Asset Management LLC (Sandler O'Neill Asset Management LLC having previously been voluntarily dismissed) is hereby dismissed with prejudice in its entirety;

   2.   Plaintiff Thomas Shotke's purported class action complaint against Defendants Pacific Capital Bancorp, George Leis, David Porter, and Sandler O'Neill & Partners L.P. is hereby dismissed with prejudice in its entirety;

   3.   This consolidated action is dismissed with prejudice in its entirety with respect to all Plaintiffs, including the remaining named Plaintiffs Peter Pagano, Marjorie Pagano, Peter Alex Pagano, and Johnny Rios;

   4.   Plaintiffs shall take nothing by way of this action;

   5.   Final judgment is entered in favor of Defendants; and

   6.   Defendants are the prevailing parties and shall recover their costs to the extent allowable by law.

**SO ORDERED.**

Dated:   April 7, 2010

   *[signature: Gary Klausner]*

   HON. R. GARY KLAUSNER
   UNITED STATES DISTRICT JUDGE